# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
 2                   PIKEVILLE DIVISION

 3      _____

 4
        HEATHER BARKER,
 5
              Plaintiff,
 6
        versus                    ACTION NO. 7:18-CV-00044-CHB
 7

 8      WAL-MART STORES, EAST, LP,

 9            Defendant.

10      _____

11               DEPOSITION OF REBECCA COMBS

12         On the 23rd day of January, 2019, beginning at
        approximately 12:00 p.m., at the Johnson County
13      Judicial Center, located at 908 Third Street,
        Paintsville, Kentucky, before me, Angela F. Crigger,
14      a Stenotype Reporter and Notary Public within and for
        the Commonwealth of Kentucky, appeared REBECCA COMBS,
15      Witness, who being by me first duly sworn, gave her
        oral deposition in the causes pursuant to Notice of
16      Counsel for the respective parties as hereinafter set
        forth.  Said deposition is taken for purposes of
17      discovery and all other purposes under the Federal
        Rules of Civil Procedure.
18

19

20

21
                    ANGELA F. CRIGGER REPORTING
22                     POST OFFICE BOX 1035
                     WARFIELD, KENTUCKY  41267
23                      * (304) 393-4320 *

24

25

                                 -1-

                     CRIGGER REPORTING SERVICE
```

```
 1        Q.  The same?
 2        A.  Uh-huh.
 3        Q.  How did you get involved in this telephone
 4   deal?
 5        A.  I sat in as a witness with Brian when he
 6   spoke with Heather.
 7        Q.  Who called you in?
 8        A.  Brian.
 9        Q.  Is that part of a routine investigation way
10   to do it?
11        A.  Yes.
12        Q.  Did he take notes?
13        A.  No.
14        Q.  Did you?
15        A.  No.
16        Q.  Why were you there?  Just to verify what you
17   heard maybe?
18        A.  When a male supervisor speaks to a female
19   associate, they have to have a female present, a
20   supervisor present, and I was the only other female
21   supervisor there.
22        Q.  Did you know why you were meeting?
23        A.  When we got in there Brian had asked Heather
24   if she knew anything about what was going on with the
25   phone.
```

```
 1        A.   Yes.
 2        Q.   Do you know whether that was the same shift
 3   that the phone was reported missing on?
 4        A.   I'm not 100 percent sure.
 5        Q.   Where was that meeting?
 6        A.   It was in the management office, in the back
 7   office.
 8        Q.   Did you just get like a page or something to
 9   come there or what?
10        A.   He came and got me and asked me to come
11   back.
12        Q.   Okay.  When you got back there, who was
13   there?
14        A.   From what I can recall, it was me and Brian
15   Kennard, and then Heather came back.
16        Q.   No one else?
17        A.   Not that I can remember.
18        Q.   Do you remember if Julie was in there?
19        A.   No.
20        Q.   Now, what did Brian tell you?
21        A.   During the meeting?
22        Q.   He would have probably, I'm guessing, gave
23   you some idea why you were there?
24        A.   Well, when we got in there Heather came in,
25   and he asked her about the phone.  He just asked her
```

-7-

```
 1    if she had any information about the phone.
 2         Q.    Is that the first you'd heard about the
 3    phone?
 4         A.    Yes.
 5         Q.    You hadn't heard anything?
 6         A.    No.
 7         Q.    Do you know why he picked her?
 8         A.    I'm not sure.  All I know is I was just a
 9    silent witness.
10         Q.    Okay.  We'll ask you about what you heard
11    then instead of what you said.  What did you hear?
12    What's the first thing he said to Heather?
13         A.    He asked her if she had any information
14    about the phone.
15         Q.    "The phone" would sound like that we all
16    knew what he was talking about.  Is that how he
17    started?
18         A.    Well, he brought her back -- like I said,
19    this is just what I can recall -- and asked her if
20    she had any information about a phone that was
21    missing.
22         Q.    And?
23         A.    And --
24         Q.    She said?
25         A.    I don't remember what she said, but I know
```

-------8-------

```
 1    she pulled a phone out and started scrolling through
 2    it.
 3         Q.   Showing him pictures?
 4         A.   Uh-huh.
 5         Q.   Do you know her people?
 6         A.   No.
 7         Q.   But you saw him look at pictures?
 8         A.   She just had the phone and was scrolling it.
 9         Q.   Looking?
10         A.   Yeah.
11         Q.   Did he make any remarks about fingerprints
12    on the phone?
13         A.   No.
14         Q.   Did he make any remarks service providers or
15    different companies?
16         A.   No.  No, sir.
17         Q.   Did he make any remarks comparing the phone
18    to any other phone?
19         A.   No.
20         Q.   Did he make notes on anything as you were
21    there?
22         A.   No, sir.
23         Q.   Did he have a recorder or anything like that
24    going?
25         A.   No, sir.
```

—9—

```
 1          Q.   And did he ask Heather questions or just --
 2          A.   The only thing I can remember is the one
 3    question I told you, and then he made the statement
 4    that it wasn't Wal-Mart's responsibility for
 5    associates' personal property.
 6          Q.   Had you ever heard that policy before?
 7          A.   Uh-huh.
 8          Q.   From where?
 9          A.   Our training.
10          Q.   Was it written down?
11          A.   I'm not sure if it's written down.  When I
12    had my class in Cincinnati, that's what we were told,
13    associates were responsible for their own property.
14          Q.   Yes.  But if a crime is committed on
15    Wal-Mart property, you have a certain routine, don't
16    you?
17          A.   Just depending what it is.
18          Q.   It's theft?
19          A.   If it's items that belong to the store, such
20    as merchandise, yes, we have a procedure that we go
21    through.
22          Q.   But you wouldn't necessarily know who the
23    items belong to without some investigation, would
24    you?
25          A.   That is where our asset protection manager
```

—10—

```
 1   what she was showing him?
 2        A.  No.
 3        Q.  All right.  The phone that she showed you in
 4   the meeting, do you know one way or another whether
 5   that is the same phone that was found in the family
 6   restroom?
 7        A.  No, ma'am.
 8        Q.  No, you don't know one way or another?
 9        A.  No, I don't.
10             MS. LAMB:  Okay.  I'm done.
11                    REDIRECT EXAMINATION
12   BY MR. WEBSTER:
13        Q.  Did anybody take any pictures of the phone
14   that she showed?
15        A.  Not to my knowledge.
16        Q.  Or make notes about its characteristics?
17        A.  No.
18        Q.  Now, some of your co-workers and I suppose
19   bosses yesterday testified they never had this come
20   up before where one associate was accused of stealing
21   from another.  Do you ever recollect it happening?
22        A.  Not that I'm aware of.
23        Q.  And this policy that you say you were
24   taught, is that somebody in a room talking to you or
25   is that something you were given, read this and study
```

―13―

```
 1    this?
 2        A.   It was a class that we had, a training
 3    class.
 4        Q.   Training on what?
 5        A.   On assistant manager training.
 6        Q.   And part of that is asset protection?
 7        A.   Uh-huh.
 8        Q.   Loss prevention?
 9        A.   Uh-huh.
10        Q.   How often do you have that course?  Is it
11    one time only?
12        A.   Well, when I went through my initial
13    training, that was the only training that he had.  We
14    have GLMS, which is computer-based tests that we
15    have, that we take.  It's like a refresher course.
16              MR. WEBSTER:  That's all.
17                      RECROSS-EXAMINATION
18    BY MS. LAMB:
19        Q.   I just have one other question.  At any time
20    when you were involved in this meeting, did you ever
21    see Brian make a report, notes, or anything else that
22    would document the meeting and the conversation with
23    Heather?
24        A.   No, ma'am.
25              MS. LAMB:  I'm done.
```

—14—